CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Michael Dillon Allison; DOB: 1993; United States | DOCKET NO. **20-04795MJ**<br>MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1 (Felony) On or about August 1, 2020, in the District of Arizona, **Michael Dillon Allison**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Miguel Angel Rocila-Garcia and Susana Angeles-Ruiz; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(A)(v)(I).**

COUNT 2 (Felony) On or about August 1, 2020, in the District of Arizona, **Michael Dillon Allison**, knowing and in reckless disregard of the fact that certain illegal aliens, including Miguel Angel Rocila-Garcia and Susana Angeles-Ruiz, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 1, 2020, in the District of Arizona (Benson), United States Border Patrol Agents (BPA) saw a 2020 silver Chevy Malibu with Colorado license plate BRFL55, a rental car, on SR-80 at approximately mile marker 310, was pulled off on the side of the road. The Chevy Malibu then merged on to SR-80 in front of the BPA. The BPA was able to see a passenger moving around and then laying down out of sight. The Chevy Malibu pulled over to let the BPA pass, but the BPA slowed down and the Chevy Malibu quickly merged back onto SR-80 and then pulled into the Texaco parking lot in Benson, AZ. The BPA witnessed the driver going into the Texaco. The BPA pulled into the Texaco parking lot and asked the passengers in the back seat to lower the window in English, but the passenger opened the door. The BPA asked the passenger, later identified as Miguel Angel Rocha-Garcia, if he was a U.S. Citizen but he did not respond. The BPA asked the female passenger, later identified as Susana Angeles-Ruiz, if she had any documents to be in the US legally and she responded no. The assisting BPA spoking with the driver of the Chevy Malibu, identified as **Michael Dillion Allison**.

In a post Miranda statement, Michael Dillion Allison said that he was asked by his friend to help out some people who's car broke down. Allison stated he did not know the people, he was giving them a ride because their car broke down. Allison denied being offered any money. Allison admitted to using his phone to coordinate picking up the passengers. Allison admitted to renting the Chevy Malibu.

The material witnesses, Miguel Angel Rocila-Garcia and Susana Angeles-Ruiz, admitted to being Citizens of Mexico and that they, or someone they knew, made the arrangements for them to be smuggled into the United States.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/mh | SIGNATURE OF COMPLAINANT<br>OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Maria S. Aguilera* | DATE<br>August 3, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54